**MANDATE**

## UNITED STATES COURT OF APPEALS
### FOR THE
### SECOND CIRCUIT

1:10-cv-06947-RWS

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 28th day of October, two thousand and thirteen,

James V. Wiltshire,

Plaintiff - Appellant,

v.

Keagan Marie Williams, ADA New York County, Jessica Troy, William Darrow, ADA New York County, Cyrus R. Vance, Jr., New York County DA, Racquel Warburton, P.O., Raymond Caroli, Deputy Insp., NYC Police Dept., Raymond W. Kelly, Commissioner of Police NYC, Michael R. Bloomberg, Mayor of New York City, Michael A. Cardozo, NYC Corporation Counsel, John C. Lui, Comptroller of the City of New York, Officer of the Mayor of the City of New York, New York City Police Department, Office of the County of New York District Attorney, City of New York Corporation Counsel, Office of the Comptroller City of New York, Racquel Warburton, P.O., NYC Police Dept., John Wernicki, Sergeant, Ricardo Santos, Sergeant, City of New York, Johanna Wirth,

Defendants - Appellees.

**ORDER**

Docket Number: 13-2497 Lead,
            13-3660 Cons.Only.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _Feb. 10, 2014_

A notice of appeal was filed on September 19, 2013. The Appellant's Acknowledgment and Appearance Form was due October 3, 2013 has not been filed. The case is deemed in default of FRAP 12(b), and LR 12.3.

IT IS HEREBY ORDERED that the appeal will be dismissed effective November 18, 2013 if the Acknowledgment and Appearance Form is not filed by that date.

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

*Catherine O'Hagan Wolfe*

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court



**MANDATE ISSUED ON 2/10/14**